IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 1:17-cr-00341 |
| | : | |
| Plaintiff, | : | Judge Donald C. Nugent |
| vs | : | |
| | : | |
| ROBERT ROCHE, | : | **DEFENDANT'S MOTION** |
| | : | **FOR PERMISSION TO** |
| Defendant. | : | **TRAVEL** |
| | : | |

Now comes the Defendant, Robert Roche, by and through undersigned counsel, Larry W. Zukerman, Esq., respectfully moves this Honorable Court for permission to travel to Reading, Pennsylvania on Friday, May 11, 2018 and return to Cleveland, Ohio on Monday, May 14, 2018 as fully detailed in the brief in support.

LARRY W. ZUKERMAN, Esq.
Reg. No. 0029498
S. MICHAEL LEAR, Esq.
Reg. No. 0041544
Zukerman, Daiker & Lear Co., L.P.A.
3912 Prospect Avenue
Cleveland, Ohio 44115
(216) 696-0900
Counsel for Robert Roche

## BRIEF IN SUPPORT

The Defendant, Robert Roche, respectfully requests permission to travel to Reading, Pennsylvania to attend the graduation of his son, Jeremiah LoCascio, on Saturday, May 12, 2018 located at Alvernia University, 700 Penn Street; Reading, Pennsylvania 19602. Mr. Roche would be traveling by car and will be able to provide an exact itinerary if requested by this Honorable Court. (Please see Mr. Roche's ticket to the Commencement Ceremony attached hereto as Exhibit A.)

Defendant respectfully requests that this Honorable Court allow him to travel to Reading, Pennsylvania. Undersigned counsel makes this request only in the interest of justice.

WHEREFORE, the Defendant, Robert Roche, by and through his undersigned counsel, Larry W. Zukerman, Esq., and S. Michael Lear, Esq., and respectfully moves this Honorable Court for permission to travel to Reading, Pennsylvania on Friday, May 11, 2018 and return to Cleveland, Ohio on Monday, May 14, 2018 as fully detailed in the brief in support.

Respectfully submitted,

LARRY W. ZUKERMAN, Esq.
S. MICHAEL LEAR, Esq.
Counsel for Robert Roche

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the forgoing was caused to be electronically delivered through this Honorable Court's e-filing system on this ___7___ day of May, 2018 to the following:

Robert J. Patton, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH  44113

LARRY W. ZUKERMAN, Esq.
S. MICHAEL LEAR, Esq.
Counsel for Robert Roche



EXHIBIT

A